### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **BISKER COLUMBIE ROBLES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-938-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

### FINAL JUDGMENT

On this day, the Court considered the case.  On April 15, 2026, the Court granted in part Columbie Robles's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision.  Apr. 15, 2026, Order 3, ECF No. 5.  Respondents have now informed the Court that an IJ granted Columbie Robles a $2,500 bond. Advisory, ECF No. 6.

It appears that there are no remaining matters to be resolved in this case.  *See generally* Pet., ECF No. 1; Apr. 15, 2026, Order.  Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 24th day of April, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE